IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIE FRANK MARTIN, JR., | ) | CASE NO. 1:17-CR-486-WKW |
| also known as | ) | [WO] |
| "Abdullah Amir," | ) | |
| also known as | ) | |
| "Sonny" | ) | |

## **ORDER**

On December 15, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 20.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED. Accordingly, it is ORDERED that Defendant's motion to suppress (Doc. # 14) is DENIED.

DONE this 29th day of December, 2017.

                                                /s/ W. Keith Watkins
                                      CHIEF UNITED STATES DISTRICT JUDGE